ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

MICHAEL COLEMAN,

Defendant.

INFORMATION

07 Cr. (KMK)

U.S. DISTRICT COURT FILED AUG 29 2007 S.D. OF N.Y.

COUNT ONE

The United States Attorney charges:

1. On or about January 31, 2007, in the Southern District of New York, MICHAEL COLEMAN, the defendant, having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction for felony handgun possession on or about February 3, 1995 in Bergen County Superior Court, unlawfully, willfully, and knowingly, did possess in and affecting commerce a firearm, to wit, a Ruger .223 rifle, which previously had been shipped and transported in interstate and foreign commerce.

(Title 18, United States Code, Section 922(g)(1).)

MICHAEL J. GARCIA
United States Attorney