UNITED STATES DISTRICT COURT

FOR THE

SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

MICHAEL COLEMAN,

        Defendant.

07 CRIM. 810 (KMK)

*U.S. DISTRICT COURT FILED AUG 29 2007 S.D.O.*

---

**MICHAEL COLEMAN**, the above-named defendant, who is accused of violating Title 18, United States Code, Section 922(g)(1), having been advised of the nature of the charge and of his rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                                      _____
                                                      Defendant.

                                                      _____
                                                     Counsel for Defendant.

Date:   White Plains, New York
           August 29, 2007



EXHIBIT Court 1