# PHILLIPS & MILLMAN, LLP
## ATTORNEYS AT LAW

FRANK J. PHILLIPS
JEFFREY T. MILLMAN
BRIAN D. NUGENT

* Also Admitted in NJ
+ Also Admitted in CT

COUNSEL
KELLY A. BURGOON
RICHARD J. NEIDHART
JOSEPH A. RAJA
JOEL A. CROSSBARTH
THERESA J. DIFALCO

50 ROUTE 9W, MONTE PLAZA
STONY POINT, NEW YORK 10980
(845) 947-1100
FACSIMILE
(845) 786-7207

NEW JERSEY OFFICE
346 GRAND AVENUE
ENGLEWOOD, NEW JERSEY 07631
(201) 894-1104
ALL CORRESPONDENCE TO NEW YORK

PARALEGALS
ELLEN D. LAZARUS
ELIZABETH TORRES-MONROY
RAE P. KARPF

**MEMO ENDORSED**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

December 7, 2007

**VIA FAX (914-390-4152) & MAIL**
Honorable Kenneth M. Karas
U.S. District Court Judge
United States District Court for the Southern District of New York
300 Quarropas Street
White Plains, NY 10601

RE: U.S. v. Michael Coleman
Docket No. 07-810 (KMK)

Dear Judge Karas:

On November 9, 2007, our office received the initial pre-sentencing investigation report from U.S. Probation Officer, Diane Plummer. As reflected in our submission dated December 4, 2007, we did not submit any objections. On December 4, 2007 at 5:13PM, our office received a fax from Ms. Plummer containing a duplicate of the initial report, however, an addendum dated December 4, 2007 was attached.

We respectfully submit that this addendum inaccurately portrays our client and contains inflammatory statements that are without basis and fact. Our office will be submitting an objection in response to this addendum. Moreover, we respectfully submit that Probation has not conducted a home inspection and/or visit with our client which may be relevant to the investigative process.

# PHILLIPS & MILLMAN, LLP
### ATTORNEYS AT LAW

Honorable Kenneth M. Karas
December 7, 2007
Page 2

    Thus, we respectfully request that Mr. Coleman's sentencing, currently scheduled for December 14, 2007, be adjourned until the home inspection and/or visit takes place.

                                  Respectfully yours,

                                  Frank J. Phillips

FJP/law

cc:  **VIA FAX (914-682-3392) & MAIL**
Nola B. Heller
Assistant United States Attorney
United States Attorney's Office, Southern District of New York
300 Quarropas Street
White Plains, NY 10601

**VIA FAX (914-390-4055) & MAIL**
Diane M. Plummer
U.S. Probation Officer
U.S. Probation Office, Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Michael Coleman
43 Morton Street
Garnerville, NY 10923

*Sentence is adjourned until January 25, 2008 at 2:00*

SO ORDERED
KENNETH M. KARAS, U.S.D.J.
12/10/07

2