UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ECF CASE

UNITED STATES OF AMERICA )
)
v. ) NOTICE OF APPEARANCE AND REQUEST
) FOR ELECTRONIC NOTIFICATION
) 07 Cr. 0810
MICHAEL COLEMAN, )
)
    Defendants. )

TO:   Clerk of Court
      United States District Court
      Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case

and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                            Respectfully submitted,

                            MICHAEL J. GARCIA
                            United States Attorney for the
                            Southern District of New York


                    By:    /s/ Anna M. Skotko
                            Anna M. Skotko
                            Assistant United States Attorney
                            (914) 993-1936
                            Anna.Skotko@usdoj.gov