MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
BY: KATHLEEN A. ZEBROWSKI
86 Chambers Street
New York, New York 10007
Telephone No.: (212) 637-2710
Fax No.: (212) 637-2717

**ORIGINAL**



UNTIED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,

                    Plaintiff,

           - v. -

MICHAEL COLEMAN,

                    Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SATISFACTION OF JUDGMENT

07 CR 0810 (KMK)

JUDGMENT #: 08, 0029 WP

SOUTHERN DISTRICT OF NEW YORK

       Satisfaction is acknowledged between United States of America, plaintiff, and Michael Coleman, defendant, for the fine in the amount of $5,000.00 and the special assessment in the amount of $100.00, amounting in all to the sum of $5,100.00. Judgment entered in the Judgment Book of the United States District Court for the Southern District of New York on the 1st day of January 2008.

                                  MICHAEL J. GARCIA
                                  United States Attorney for the
                                  Southern District of New York

                           By: _____
                                  KATHLEEN A. ZEBROWSKI
                                  Assistant United States Attorney

STATE OF NEW YORK)
                     ss:
COUNTY OF NEW YORK)

       On the 11th day of June 2008, before me personally came KATHLEEN A. ZEBROWSKI, Assistant United States Attorney for the Southern District of New York, to me known, and known to me to be the individual described in and who executed the foregoing instrument, and acknowledge that she executed the same.

_____
NOTARY PUBLIC

KATHY TAYLOR
Notary Public, State of New York
No. 01TA5077230
Qualified in Kings County
Commission Expires May 5, 2011